UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON M. HART,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBIN SMITH, et al.,<br><br>　　　　　　　Defendant. | CASE NO. 2:21-cv-00014-RSM-BAT<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Having reviewed the Report and Recommendation (Dkt. #34) of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation (Dkt. #34).

(2) Plaintiff's "Motion for Injunctive Relief" (Dkt. #8), a "Writ of Mandamus (Motion for Emergency Medical Care)" (Dkt. #9) and a "Motion for Emergency Medical Care/Writ of Mandamus" (Dkt. #14) are DENIED.

(3) The matter is referred back to Judge Tsuchida for further proceedings.

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

DATED this 8th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2